JTW: 12.16.20
JDP: USAO#2020R00794

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | GLR 21-cr-0067 |
| v. | * | CRIMINAL NO._____ |
| | * | |
| COREY DYSON, | * | (Felon in Possession of Firearm and |
| | * | Ammunition, 18 U.S.C. § 922(g); |
| Defendant | * | Forfeiture, 18 U.S.C. § 924(d), 28 |
| | * | U.S.C. § 2461(c)) |

*******

### INDICTMENT

### COUNT ONE
(Felon in Possession of Firearm)

The Grand Jury for the District of Maryland charges that:

On or about June 16, 2020, in the District of Maryland, the defendant,

**COREY DYSON,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm and ammunition, to wit, a Smith & Wesson M&P 9C 9mm luger caliber semi-automatic pistol with serial number HRA9686; and three rounds of FC 9mm luger caliber ammunition, in and affecting commerce.

18 U.S.C. § 922(g)(1)

## FORFEITURE

The Grand Jury for the District of Maryland further finds that:

1. Pursuant to Fed. R. Crim. P. 32.2, notice is hereby given to Defendant that the United States will seek forfeiture as part of any sentence in accordance with 18 U.S.C. § 924(d), and 28 U.S.C. § 2461(c), in the event of Defendant's conviction on this Indictment.

2. Pursuant to 18 U.S.C. § 924(d), upon conviction of the offense alleged in Count One of this Indictment, the defendant shall forfeit to the United States of America any firearms and ammunition involved in that offense.

### Property Subject to Forfeiture

3. The property to be forfeited includes, but is not limited to, the following:

   a. a Smith & Wesson M&P 9C 9mm luger caliber semi-automatic pistol with serial number HRA9686; and

   b. approximately three rounds of FC 9mm luger caliber ammunition.

18 U.S.C. § 924(d)
28 U.S.C. § 2461(c)

_Jonathan F. Lenzner/JDP_
Jonathan F. Lenzner
Acting United States Attorney

A TRUE BILL:

03/11/2021
Date

2